# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.F. PETTY**, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>**ANTHEM, INC.; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS; AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,**<br><br>  Defendants. | Case No.: 16-CV-04026 YGR<br><br>**ORDER VACATING HEARING DATE ON PETITION TO COMPEL ARBITRATION, FURTHER MODIFYING BRIEFING SCHEDULE, SETTING COMPLIANCE HEARING, AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>**RE: DKT. NO. 24** |

Pursuant to the parties' Joint Stipulation, and good cause appearing, the Court hereby modifies the briefing and case schedule as follows:

1. The hearing on the Petition to Compel Arbitration (Dkt. No. 18) set for November 15, 2016, shall be **VACATED** until further notice from the Court;

2. Defendants' deadline to file their Reply Brief to the Petition to Compel Arbitration is continued until further notice from the Court;

3. The Court hereby **SETS** a compliance hearing regarding the status of mediation and likelihood of motion practice. Said hearing is set for Friday, December 16, 2016, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. By no later than **December 9, 2016**, the parties shall file a one-page JOINT STATEMENT setting forth the status as indicated above. If the statement is filed timely, the parties need not appear and the compliance hearing will be taken off calendar.

//

//

4. The Initial Case Management Conference set for December 5, 2016, shall be **VACATED** until further notice from the Court.

**IT IS SO ORDERED**.

Dated: October 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**