Audet & Partners, LLP
Michael McShane
711 Van Ness Ave #500
San Francisco, CA 94102
**Phone:** (415) 568-2555


*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Civil Action No 4:16-cv-04026 KAW

K. F. PETTY, on behalf of herself and all others similarly situated,

                Plaintiff,

      v.

ANTHEM, INC., BLUE CROSS OF CALIFORNIA, d/b/a ANTHEM BLUE CROSS and ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,

                Defendants.

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, by her undersigned counsel, hereby provides notice that the above-captioned case is hereby dismissed with prejudice.

August 18, 2017

Audet & Partners, LLP
Michael McShane
711 Van Ness Ave #500
San Francisco, CA 94102
**Phone:** (415) 568-2555


Greenfield & Goodman, LLC
Richard D. Greenfield
Ilene F. Brookler
Bar #269422**s**
Richard D. Greenfield
Marguerite R.Goodman

250 Hudson Street,    8th Floor
New York, NY  10013
(917) 495-4446
ibrookler@gmail.com
whitehatrdg@earthlink.net

Counsel for Plaintiff